

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00139-CV

Robert E. **GAINES**,
Appellant

v.

Randall C. **BROWN** d/b/a RB Property Management and Donald D. Bowers and Patricia W. Bowers d/b/a Comfort Mobile Home Park,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 25-412
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: July 15, 2026

DISMISSED

A filing fee of $205.00 was due when appellant filed his notice of appeal. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, AND IN THE BUSINESS COURT, Misc. Docket No. 24-9047 (Tex. July 26, 2024). On April 30, 2026, the clerk of the court notified appellant of this deficiency by letter and requested payment of the fee

no later than May 11, 2026.  On May 27, 2026, we ordered appellant to pay the filing fee on or before June 11, 2026.  Our order cautioned appellant that this appeal would be dismissed if the filing fee was not paid by the date provided.

The filing fee remains unpaid, and there is nothing filed in this court or in the trial court indicating appellant is indigent and unable to afford costs of appeal.  Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(a); *see also* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

PER CURIAM